AO 442 (Rev. 10/03) Warrant for Arrest

ORIGINAL

# UNITED STATES DISTRICT COURT

District of Hawaii

873991

| UNITED STATES OF AMERICA | WARRANT FOR ARREST |
|---|---|
| V. | Case Number: CR 01-00327SOM-01 |

KELEMETE USUVALE

(Name and Address of Defendant)

To: The United States Marshal and any Authorized United States Officer

YOU ARE HEREBY COMMANDED TO ARREST KELEMETE USUVALE and bring him or her forthwith to the nearest district/ magistrate judge to answer a Probation/Supervised Release Violation Petition, charging him or her with (brief description of offense)

Order to show cause why supervision should not be revoked

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUN 1 5 2006

at 7 o'clock and 52 min. A M
SUE BEITIA, CLERK

2006 MAY 18 PM 12:09 RECEIVED
U.S. MARSHALS SERVICE HONOLULU

in violation of Title United States Code, Section(s) .

| Sue Beitia | Clerk U.S. District Court |
|---|---|
| Name and Title of Issuing Officer | Title of Issuing Officer |
| /s/ Signature of Issuing Officer/Deputy Clerk | May 18, 2006 at Honolulu, Hawaii |
| | Date and Location |

Bail Fixed at No Bail Warrant        By: Susan Oki Mollway, United States District Judge

| RETURN |||
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at LEWERS + ALOHA ST HONOLULU, HI |||
| Date Received 5-18-06 | NAME AND TITLE OF ARRESTING OFFICER RUSSELL NAKASATO DUSM | SIGNATURE OF ARRESTING OFFICER /s/ |
| Date of Arrest 6-14-06 | | |